# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Luis Daniel Garcia, | Case No: 15-cv-3214 (SRN/HB) |
| Plaintiff, | |
| v. | **ORDER AMENDING PROTECTIVE ORDER [DOC. NO. 13]** |
| Blayne Lehner, in his individual capacity as an officer of the City of Minneapolis, and the City of Minneapolis, | |
| Defendants. | |

_____

Pursuant to the Stipulation to Amend Protective Order [Doc. No. 18], entered into by the parties, seeking to amend the previous Protective Order entered by this Court on October 9, 2015 [Doc. No. 13]; **IT IS HEREBY ORDERED** that Paragraph 1 of the October 9, 2015 Protective Order is amended to add a new subparagraph (d) as follows:

1. (d)   The City of Minneapolis may make available all documents, materials and testimony in the matter of City of Minneapolis, Petitioner v. Blayne Lehner, Respondent (OAH 84-6010-32810).

In all other respects the terms of the Protective Order remain unchanged.

Dated: December 21, 2015

*s/Hildy Bowbeer*
HILDY BOWBEER
United States Magistrate Judge