# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Luis Daniel Garcia,                         FILE NO. 15-cv-3214 (SRN/HB)

      Plaintiff,

vs.

                                            **ORDER**

Blayne Lehner, in his individual
capacity as an officer of the
City of Minneapolis, and the City of
Minneapolis,

      Defendants.

---

Pursuant to the stipulation of the Plaintiff and the City of Minneapolis [Doc. No. 28], all claims against the City of Minneapolis are hereby dismissed with prejudice and without costs to either party.

Dated: July 20, 2016                      s/Susan Richard Nelson
                                                  SUSAN RICHARD NELSON
                                                  United States District Judge