# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Luis Daniel Garcia,                                                      FILE NO. 15-cv-3214 (SRN/HB)

        Plaintiff,

vs.

**ORDER**

Blayne Lehner, in his individual
capacity as an officer of the
City of Minneapolis, and the City of
Minneapolis,

        Defendants.

_____

Pursuant to the stipulation of the Plaintiff and Blayne Lehner filed with this Court [Doc. No. 30], all claims against Blayne Lehner are hereby dismissed with prejudice and without costs to either party.

Dated: August 10, 2016                  s/Susan Richard Nelson
                                                     SUSAN RICHARD NELSON
                                                     United States District Judge